I, KYLE MILLER TDC# 2017430, SID# 968194, COA No. 04-14-00041-CR., PD# - 0956-15, HAVE BEEN MOVED TO BYRD UNIT LOCATED MAILING ADDRESS 21 FM 247, HUNTSVILLE TX, 77320, SO I WILL NEED ALL CORRESPONDENCE RELATED TO THIS CAUSE, PDR# TO BE FORWARDED FROM THE LAST RECEIVED WHICH WAS MAILED OUT OCTOBER 14, 2015. I HAVE MOVED TWICE SINCE OCTOBER 1, 2015. I RECEIVED THE NOTICE OF FILING AND RECEIPT OF MY P.D.R., BUT NOTHING SINCE. I ANXIOUSLY AWAIT RECEIPT OF ANYTHING SENT SINCE, AS I'VE NOT RECEIVED IT DO TO MOVING BUT SHOULD BE ABLE TO RECEIVE IT HERE NOW. THANK YOU.

11/5/15

SINCERELY

KYLE MILLER
APPELLANT PRO-SE

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

NOV 10 2015

Abel Acosta, Clerk